IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALFRED WILLIAMS                                PLAINTIFF

v.                No. 3:21-cv-44-DPM-JTR

HAROLD THOMAS, Jailer,
Mississippi County Detention Center;
MISSISSIPPI COUNTY DETENTION
CENTER; and DALE COOK, Sheriff,
Mississippi County Detention Center           DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Williams hasn't responded to the Court's 1 July 2021 Order; his mail is still being returned undelivered. *Doc. 5-6*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2021