IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALFRED WILLIAMS                                                       PLAINTIFF

v.                                  No. 3:21-cv-44-DPM

HAROLD THOMAS, Jailer,
Mississippi County Detention Center;
MISSISSIPPI COUNTY DETENTION
CENTER;   and DALE COOK, Sheriff,
Mississippi County Detention Center                                  DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 August 2021